## JOHN WHIPPLE
### v.
## WILLIAM ALLEN

### 1808

#### JOURNAL ENTRIES

1. Declaration filed; rule to bring body . . . *Journal, infra,* \*p. 130
2. Special bail . . . . . . . . . . . . . " 133
3. Rule to plead . . . . . . . . . . . . " 138
4. Plea filed; rule to reply . . . . . . . . . " 142
5. Replication filed; issue . . . . . . . . . " 151
6. Jurors; verdict; judgment . . . . . . . . . " 155